UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY ROENICK,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>SAM FLOOD, NBC SPORTS GROUP, NBC SPORTS NETWORK, L.P., NBC UNIVERSAL MEDIA, LLC, COMCAST CORPORATION, and JOHN DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 20 Civ. 7213 (JPC)<br><br>**ECF CASE**<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANT NBC SPORTS GROUP** |

　　　　Plaintiff JEREMY ROENICK, through his counsel, SHEGERIAN & ASSOCIATES, pursuant to Civil Rule 21 and in compliance with the Court's Opinion and Order at Docket 38 moves to dismiss Defendant NBC SPORTS GROUP from this action with prejudice. Counsel for Defendants has been contacted and indicated that Defendants do not oppose this motion.


Dated: June 10, 2021　　　　　　　SHEGERIAN & ASSOCIATES

　　　　　　　　　　　　　　　By:　/s/ Jon Choate
　　　　　　　　　　　　　　　　　　Jon M. Choate
　　　　　　　　　　　　　　　　　　Scott William Clark
　　　　　　　　　　　　　　　　　　90 Broad Street, Suite 804
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　Tel.: (212) 257-8883
　　　　　　　　　　　　　　　　　　Fax: (212) 804-7299
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*


This is granted. The Clerk of Court is respectfully directed to terminate Defendant NBC Sports Group from this action.

SO ORDERED.

Date: June 11, 2021
New York, New York

JOHN P. CRONAN
United States District Judge