UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY ROENICK,<br><br>         Plaintiff,<br><br>- against -<br><br>SAM FLOOD, NBC SPORTS GROUP, NBC SPORTS NETWORK, L.P., NBC UNIVERSAL MEDIA, LLC, COMCAST CORPORATION, AND JOHN DOES 1-10,<br><br>         Defendants. | No. 20 Civ. 7213 (JPC)(GWG)<br><br>**STIPULATION OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendants, that the above-captioned action be, and the same hereby is, dismissed with prejudice and discontinued, without costs, disbursements, interest, or an award of attorneys' fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and copies of signatures transmitted by facsimile or e-mail shall be treated as originals for purposes of this Stipulation.

Dated: September 14, 2021

By: _____
SHEGERIAN & ASSOCIATES
Jon Choate, Esq.
90 Broad Street, Suite 804
New York, New York 10004
(212) 257-8883
*Attorneys for Plaintiff*

By: /s/ Lawrence R. Sandak
_____
PROSKAUER ROSE LLP
Lawrence R. Sandak, Esq.
Eleven Times Square
New York, NY 10036
(212) 969-3000
*Attorneys for Defendants*

So Ordered. _____